MORAYS MANUFACTURING COMPANY, INC., Appellant, *v.* MITCHEL SCHNEIDER COMPANY, INC., Respondent.

Submitted May 26, 1950; decided July 11, 1950.

*George S. Fishman* for appellant.

*Jacob P. Rosenbaum* and *Harry L. Schein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.